

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00804-CV

**IN THE INTEREST OF R.J.B. A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00078
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to December 6, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court